**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION**

|  |  |
|---|---|
| **AD INNOVATIONS, LLC,** | Case No. 3:25-cv-179 |
| Plaintiff, | |
| v. | **JURY TRIAL DEMANDED** |
| **BMW OF NORTH AMERICA, LLC,** | **PATENT CASE** |
| Defendant. | |

## ORIGINAL COMPLAINT FOR PATENT INFRINGEMENT

Plaintiff Ad Innovations, LLC files this Original Complaint for Patent Infringement against BMW of North America, LLC and would respectfully show the Court as follows:

### I.  THE PARTIES

1.      Plaintiff Ad Innovations, LLC ("Ad Innovations`" or "Plaintiff") is a Wyoming limited liability company having an address at 1712 Pioneer Ave., Ste 500, Cheyenne, WY 82001.

2.      On information and belief, Defendant BMW of North America, LLC ("BMWNA" or "Defendant") is a Delaware limited liability company with a regular and established place of business at the BMW Vehicle Distribution Center at the Port of Galveston at 1028 Harborside Drive, Galveston, Texas.  Defendant has a Texas registered agent at CT Corporation System, 1999 Bryan St., Ste. 900, Dallas, TX 75201.

### II.  JURISDICTION AND VENUE

3.      This action arises under the patent laws of the United States, Title 35 of the United States Code.  This Court has subject matter jurisdiction of such action under 28 U.S.C. §§ 1331 and 1338(a).

4.     On information and belief, Defendant is subject to this Court's specific and general personal jurisdiction, pursuant to due process and the Texas Long-Arm Statute, due at least to its business in this forum, including at least a portion of the infringements alleged herein at the Vehicle Distribution Center at the Port of Galveston at 1028 Harborside Drive, Galveston, Texas.

5.     Without limitation, on information and belief, Defendant has derived revenues from its infringing acts occurring within Texas.  Further, on information and belief, Defendant is subject to the Court's general jurisdiction, including from regularly doing or soliciting business, engaging in other persistent courses of conduct, and deriving substantial revenue from goods and services provided to persons or entities in Texas.  Further, on information and belief, Defendant is subject to the Court's personal jurisdiction at least due to its sale of products and/or services within Texas. Defendant has committed such purposeful acts and/or transactions in Texas such that it reasonably should know and expect that it could be sued in this Court as a consequence of such activity.

6.     Venue is proper in this District under 28 U.S.C. § 1400(b). On information and belief, Defendant has a regular and established place of business in Texas and in this District at the Vehicle Distribution Center at the Port of Galveston at 1028 Harborside Drive, Galveston, Texas.  On information and belief, from and within this District, Defendant has committed acts of infringement, including at least a portion of the infringements at issue in this case.

7.     For these reasons, personal jurisdiction exists and venue is proper in this Court under 28 U.S.C. § 1400(b).

### III.   COUNT I
### (PATENT INFRINGEMENT OF UNITED STATES PATENT NO. 8,594,341)

8.     Plaintiff incorporates the above paragraphs herein by reference.

9.     On November 26, 2013, United States Patent No. 8,594,341 ("the '341 Patent") titled System and Methos for Selectively Switching Between a Plurality of Audio Channels was

duly and legally issued by the United States Patent and Trademark Office. The priority date of the '341 patent is at least as early as October 18, 2004. The term of the patent is extended or adjusted under 35 U.S.C. §154(b) by 1,069 days. A true and correct copy of the '341 Patent is attached hereto as Exhibit A and incorporated herein by reference.

10.     Ad Innovations is the assignee of all right, title, and interest in the '341 patent, including all rights to enforce and prosecute actions for infringement and to collect damages for all relevant times against infringers of the '341 Patent. Accordingly, Ad Innovations possesses the exclusive right and standing to prosecute the present action for infringement of the '341 Patent by Defendant.

11.     The '341 patent teaches systems and methods related to switching between a plurality of audio channels, and more particularly systems and methods enabling a user to listen to desired audio content with a total lack of distraction while selectively allowing certain important and selected sounds to interrupt the audio content. (Ex. A at Abstract).

12.     With the proliferation and miniaturization of audio content devices, users are taking these devices into a variety of environments and frequently have the desire to enjoy the audio content in a virtual exclusion of sounds other than the desire audio content. (*Id.* at 1:13-25). Digital noise reduction sound processing and better headphone designs to isolate sound have allowed audio headphone and vehicle users to enhance their audio content listening experience. (*Id.* at 1:26-29). For example, in a vehicle, a user-driver may want to only listen to music to the exclusion of external sounds such as engine noise and sounds external to the vehicle and therefore vehicle design and noise reduction sound processing reduce or eliminate those sounds. (*Id.* at 1:32-40). However, prudency and laws in various states require that the user be able to hear certain external sounds while driving. (*Id.* at 1:40-48). For example, the sound of a car horn or the sound

of an emergency vehicle are two noises that the user in the vehicle would want to (and in many cases be required by law) to hear. (*Id.* at 1:48-50). Therefore, a need existed for systems and methods for selectively switching between various audio channels, for example, between desired audio content and predetermined sound patterns. (*Id.* at 1:1:54-57).

13. **Direct Infringement.** Upon information and belief, Defendant has been directly infringing and continues to infringe claim 40 of the '341 Patent in this District, Texas, and elsewhere in the United States. As shown below, Defendant infringes claim 40 of the '341 patent by performing (through use and testing) the claimed method for selectively switching between a plurality of audio channels in an audio device, namely through its 7 Series Sedan.

14. Defendant performs a method for selectively switching between a plurality of audio channels in an audio device. For example, Defendant provides the 7 Series Sedan, which is equipped with the Intelligent Personal Assistant, enabling users to access navigation, interact with in-car voice assistants, and listen to media such as music. Additionally, the 7 Series Sedan includes Driver Assistance Systems, which provide features like Distance Control and Steering Assistance. The Driver Assistance Systems detect when a potentially hazardous situation arises and provide audio and visual alerts to the user accordingly. Further, Defendant integrates Cerence Emergency Vehicle Detection (EVD) into the Driver Assistance System, which uses the car's interior microphones to capture sounds from the surroundings. These microphones apply acoustic echo cancellation to identify sirens of emergency vehicles regardless of the background noise in the car's cabin. As a result, when a siren from an emergency vehicle is detected, the Driver Assistance System overrides the ongoing audio playback, such as music, and alerts the user. Therefore, it would be apparent to a person having ordinary skills in the art that the 7 Series Sedan performs a method of selectively switching between multiple audio channels in an audio device.



(https://www.bmwusa.com/vehicles/7-series/sedan/core-models.html).[1]



(https://www.bmwusa.com/vehicles/7-series/sedan/overview.html).

---

[1] Red text, boxes, and lines on the images in this Complaint are notations added to the image to facilitate the identification of relevant information supporting the accusation of infringement.



| Connectivity | Remote Software Upgrade Capable |
| | BMW ConnectedDrive® Services |
| | Connected Package Professional features Real-Time Traffic Information and On-Street Parking Information (select cities), BMW Connected Music, Weather, Connected navigation, and Hazard Preview. The Intelligent Personal Assistant voice control offers natural speech input for various functions, including navigation⊙ |

([https://www.bmwusa.com/vehicles/7-series/sedan/core-models.html#features-and-specifications](https://www.bmwusa.com/vehicles/7-series/sedan/core-models.html#features-and-specifications)).

**How do I use Intelligent Personal Assistant in my vehicle? What are some commands I can use?**

In BMW's equipped with Operating System 7 or newer, you can interact with BMW Intelligent Personal Assistant. Just say "Hello BMW" and continue with your command. When using the steering wheel mic button, you will need to wait for the acoustic signal before you start talking. The dialog with Intelligent Personal Assistant is active when you see the microphone image on the screen.

Here are some common commands you may find useful. You don't have to use these commands exactly. Your BMW Intelligent Personal Assistant will be able to understand variations and similar phrases.

**Navigation**
- Set home address.
- Take me home. *Will only work if you have an address set as Home within Navigation.
- Take me to [Point of Interest Name].
- Give me directions to (address or Point of Interest).
- End guidance / Cancel navigation.
- Show me the map.
- Drive me to the nearest gas station.
- Show me the nearest charging station.
- Find a gas station along the route.
- I need a coffee.
- I am hungry.
- I need a place to sleep.
- Find parking at my destination.

([https://faq.bmwusa.com/s/article/FAQ-How-do-I-use-Intelligent-Personal-Assistant-in-my-vehicle-What-are-some-commands-I-can-use-ed1rg?language=en_US](https://faq.bmwusa.com/s/article/FAQ-How-do-I-use-Intelligent-Personal-Assistant-in-my-vehicle-What-are-some-commands-I-can-use-ed1rg?language=en_US)).

Home     Models & Technologies     Services     Electromobility     BMW ConnectedDrive     Contact Us     BMW USA

**Vehicle**
- Open the Owner's Manual.
- When is the next maintenance needed?
- What is my tire pressure?
- What is my remaining range?

**Communication**
Please note that Intelligent Personal Assistant only works when phone is connected via Bluetooth. When using Apple CarPlay, you need to access Siri for voice commands.
- Show phone book.
- Call (contact name). *Contacts must be synced with vehicle for this command to work.
- Dial number ---.
- Pair my phone.

**Entertainment**
- Decrease volume.
- Make it louder
- Turn off music.
- Listen to FM radio.
- Listen to (radio station) in Sirius.
- Set the radio station to ---.

([https://faq.bmwusa.com/s/article/FAQ-How-do-I-use-Intelligent-Personal-Assistant-in-my-vehicle-What-are-some-commands-I-can-use-ed1rg?language=en_US](https://faq.bmwusa.com/s/article/FAQ-How-do-I-use-Intelligent-Personal-Assistant-in-my-vehicle-What-are-some-commands-I-can-use-ed1rg?language=en_US)).

**BMW Driver Assistance**



**Learn about BMW's intelligent driver assistance systems and features.**

Your BMW comes equipped with driver assistance systems, transforming the comfort and convenience of every drive. These systems utilize sensors to gather data on speed limits, vehicle proximity, lane markings, and more. They also incorporate GPS and navigation data to provide warnings through audio or visual alerts when potentially hazardous situations arise.

Advanced driver assistance systems go beyond warnings and actively intervene when necessary or preferred. They can apply brakes, adjust acceleration, or execute steering maneuvers to prevent accidents or ease your workload, especially in challenging driving conditions. Additionally, these systems assist with tasks like maneuvering and parking. While they provide valuable support to the driver, it's important to note that the driver remains responsible for the act of driving.

Availability of features may differ by model. Some images or videos may be computer-generated.

([https://www.bmwusa.com/explore/driver-assistance-safety-features.html](https://www.bmwusa.com/explore/driver-assistance-safety-features.html)).

# ASSISTED DRIVING MODE.

**Assisted Driving Mode** supports the driver by actively centering the vehicle in the lane, maintaining speed, and keeping distance to the vehicle ahead. It's comprised of **Distance Control** and **Steering Assistant**.



Matches speed of vehicle ahead



Automatic lane centering



Assisted Driving

To activate Assisted Driving Mode, press the "I/O" button on the steering wheel while driving. You can toggle between "Assisted Driving" and "Distance Control" by pressing the "Mode" button.

The feature can be deactivated at any time by pressing the brake or the "I/O" button on the steering wheel.

**Assisted Driving Mode is available when:**
· Lane markings are visible
· Lane width is adequate
· Hands are on the steering wheel

**The feature might temporarily deactivate when:**
· Crossing a larger intersection
· Driving through a tight curve
· Lane width is not adequate
· Driving over lane markings
· Lane markings are no longer visible
· Inclement weather conditions are present
· Driver executes braking or strong steering intervention

(https://www.bmwusa.com/explore/driver-assistance-safety-features.html).

## BMW GROUP SELECTS CERENCE EMERGENCY VEHICLE DETECTION TO ALERT DRIVERS OF APPROACHING EMERGENCY VEHICLES

BURLINGTON, Mass., June 04, 2024 (GLOBE NEWSWIRE) -- Cerence Inc. (NASDAQ: CRNC), AI for a world in motion, today announced that BMW Group is leveraging Cerence Audio AI to enhance the safety features in its BMW Personal Pilot L3 conditional automated driving system.

BMW will leverage Cerence Emergency Vehicle Detection (EVD) to detect the sirens of approaching emergency vehicles. Part of Cerence's Audio AI suite, Cerence EVD utilizes the distinct sound structure inherent to emergency siren signals to achieve reliable detection of police cars, firetrucks, and ambulances. This technology provides the intelligence an autonomous vehicle needs to give way – in the case of L3 systems, that's advising a driver to step in and react. When activating BMW Personal Pilot L3, the system will detect if there are any emergency vehicles nearby and delay activation. When driving, if a siren is identified, the volume of the radio or other media inside the vehicle is lowered, and the system asks the driver to take over to ensure the emergency vehicle can safely pass.

"As autonomous systems advance, they accelerate a new era of AI-powered companions that seamlessly gather information about the plethora of situations a driver may face in the cabin and on the road so that they can take appropriate action," said Iqbal Arshad, Chief Technology Officer, Cerence. "BMW Personal Pilot L3 is an important advancement in delivering the types of intelligent, automated capabilities that enhance the driving experience, with Cerence Emergency Vehicle Detection helping to deliver improved safety for everyone on the road."

As defined by the Society of Automotive Engineers (SAE), Level 3 highly automated driving allows drivers to take their hands off the steering wheel and temporarily divert their attention away from the road. BMW Personal Pilot L3 relieves the driver in certain situations and controls the car's speed, distance to the vehicle ahead and lane positioning. BMW Personal Pilot L3 is currently available first in the BMW 7 Series for customers in Germany.

(https://www.cerence.com/news-releases/news-release-details/cerence-powers-enhanced-safety-capabilities-top-german).

Cerence Emergency Vehicle Detection (EVD) is one of the most critical examples of how the co-pilot can understand the world around it and make roads – and drivers and passengers – safer as a result. Cerence EVD identifies sirens from police cars, firetrucks, and ambulances from up to 600 meters away, pinpointing the direction the emergency vehicle is traveling. With the ability to recognize more than 1,500 sirens, which vary greatly from country to country, Cerence EVD provides the intel an autonomous vehicle needs to give way – whether that's advising a driver to step in and react in a Level 3 system or guiding action to pull to the side autonomously in Levels 4 and 5.

**The power of the "mic"**
One of the advantages of Cerence EVD is its ability to use the interior microphones already installed in the car. Leveraging the same technology used for in-car voice assistants, it deploys advanced acoustic echo cancellation to detect sirens regardless of what's happening in the cabin, including, for example, if a siren is playing in the background of a song. When a real siren is detected, the system can override songs being played or phone call audio to alert the driver. When linked to exterior microphones, which are set to be a common factory install in future car models, the system can provide information on the direction the emergency vehicle is approaching from as well. In future systems when the driver is not needed, that same technology can be used to alert the autonomous car that a siren is detected, and appropriate action is required.

(https://www.cerence.com/news-releases/news-release-details/why-emergence-vehicle-detection-vital-autonomous-future).

**Making roads safer and more enjoyable, for all**
At Cerence, we pride ourselves on the work we do innovating for a better future. We believe that enabling autonomous cars to better understand situations around them, and communicating actions needed to drivers or passengers inside, will make roads safer and journeys more enjoyable. As part of our Audio AI Suite, Cerence EVD can flexibly integrate with any existing AI assistant and leverage microphones inside and out of the vehicle.

Want to learn more? Find out how our AI for a world in motion goes beyond voice here.

(https://www.cerence.com/news-releases/news-release-details/why-emergence-vehicle-detection-vital-autonomous-future).



(https://vimeo.com/536694645 at 0:48).



(*Id.* at 0:57).

15.     Defendant performs the step of prestoring a plurality of predetermined digital sound patterns in a memory device, each of the plurality of predetermined digital sound patterns corresponding to a preselected external audio sound.  For example, the 7 Series Sedan comes with Driver Assistance Systems, which integrates Cerence EVD to detect when an emergency vehicle approaches from behind and alerts users visually and via audio through the Intelligent Personal Assistant. The EVD feature recognizes over 1,500 different sirens ("predetermined digital sound patterns") and detects sounds from police cars, fire trucks, and ambulances ("preselected external audio sound") up to 600 meters away. Therefore, it would be apparent to a person having ordinary skill in the art that the 7 Series Sedan pre-stores predetermined digital sound patterns in memory. When an emergency vehicle siren is detected, the detected siren sound is compared with the stored predetermined sounds, and the 7 Series Sedan alerts the users accordingly.

**BMW GROUP SELECTS CERENCE EMERGENCY VEHICLE DETECTION TO ALERT DRIVERS OF APPROACHING EMERGENCY VEHICLES**

BURLINGTON, Mass., June 04, 2024 (GLOBE NEWSWIRE) -- Cerence Inc. (NASDAQ: CRNC), AI for a world in motion, today announced that BMW Group is leveraging Cerence Audio AI to enhance the safety features in its BMW Personal Pilot L3 conditional automated driving system.

BMW will leverage Cerence Emergency Vehicle Detection (EVD) to detect the sirens of approaching emergency vehicles. Part of Cerence's Audio AI suite, Cerence EVD utilizes the distinct sound structure inherent to emergency siren signals to achieve reliable detection of police cars, firetrucks, and ambulances. This technology provides the intelligence an autonomous vehicle needs to give way – in the case of L3 systems, that's advising a driver to step in and react. When activating BMW Personal Pilot L3, the system will detect if there are any emergency vehicles nearby and delay activation. When driving, if a siren is identified, the volume of the radio or other media inside the vehicle is lowered, and the system asks the driver to take over to ensure the emergency vehicle can safely pass.

"As autonomous systems advance, they accelerate a new era of AI-powered companions that seamlessly gather information about the plethora of situations a driver may face in the cabin and on the road so that they can take appropriate action," said Iqbal Arshad, Chief Technology Officer, Cerence. "BMW Personal Pilot L3 is an important advancement in delivering the types of intelligent, automated capabilities that enhance the driving experience, with Cerence Emergency Vehicle Detection helping to deliver improved safety for everyone on the road."

As defined by the Society of Automotive Engineers (SAE), Level 3 highly automated driving allows drivers to take their hands off the steering wheel and temporarily divert their attention away from the road. BMW Personal Pilot L3 relieves the driver in certain situations and controls the car's speed, distance to the vehicle ahead and lane positioning. BMW Personal Pilot L3 is currently available first in the BMW 7 Series for customers in Germany.

(https://www.cerence.com/news-releases/news-release-details/cerence-powers-enhanced-safety-capabilities-top-german).

**BMW Driver Assistance**



ALL ABOUT BMW DRIVER ASSISTANCE

**Learn about BMW's intelligent driver assistance systems and features.**

Your BMW comes equipped with driver assistance systems, transforming the comfort and convenience of every drive. These systems utilize sensors to gather data on speed limits, vehicle proximity, lane markings, and more. They also incorporate GPS and navigation data to provide warnings through audio or visual alerts when potentially hazardous situations arise.

Advanced driver assistance systems go beyond warnings and actively intervene when necessary or preferred. They can apply brakes, adjust acceleration, or execute steering maneuvers to prevent accidents or ease your workload, especially in challenging driving conditions. Additionally, these systems assist with tasks like maneuvering and parking. While they provide valuable support to the driver, it's important to note that the driver remains responsible for the act of driving.

Availability of features may differ by model. Some images or videos may be computer-generated.

(https://www.bmwusa.com/explore/driver-assistance-safety-features.html).

Cerence Emergency Vehicle Detection (EVD) is one of the most critical examples of how the co-pilot can understand the world around it and make roads – and drivers and passengers – safer as a result. Cerence EVD identifies sirens from police cars, firetrucks, and ambulances from up to 600 meters away, pinpointing the direction the emergency vehicle is traveling. With the ability to recognize more than 1,500 sirens, which vary greatly from country to country, Cerence EVD provides the intel an autonomous vehicle needs to give way – whether that's advising a driver to step in and react in a Level 3 system or guiding action to pull to the side autonomously in Levels 4 and 5.

*Prestoring a plurality of predetermined digital sound patterns*

**The power of the "mic"**
One of the advantages of Cerence EVD is its ability to use the interior microphones already installed in the car. Leveraging the same technology used for in-car voice assistants, it deploys advanced acoustic echo cancellation to detect sirens regardless of what's happening in the cabin, including, for example, if a siren is playing in the background of a song. When a real siren is detected, the system can override songs being played or phone call audio to alert the driver. When linked to exterior microphones, which are set to be a common factory install in future car models, the system can provide information on the direction the emergency vehicle is approaching from as well. In future systems when the driver is not needed, that same technology can be used to alert the autonomous car that a siren is detected, and appropriate action is required.

(https://www.cerence.com/news-releases/news-release-details/why-emergence-vehicle-detection-vital-autonomous-future).



(https://vimeo.com/536694645 at 0:57).

**Making roads safer and more enjoyable, for all**
At Cerence, we pride ourselves on the work we do innovating for a better future. We believe that enabling autonomous cars to better understand situations around them, and communicating actions needed to drivers or passengers inside, will make roads safer and journeys more enjoyable As part of our Audio AI Suite, Cerence EVD can flexibly integrate with any existing AI assistant and leverage microphones inside and out of the vehicle.

Want to learn more? Find out how our AI for a world in motion goes beyond voice here.

(https://www.cerence.com/news-releases/news-release-details/why-emergence-vehicle-detection-vital-autonomous-future).



(https://vimeo.com/536694645 at 0:48).

16.    Defendant performs the step of supplying audio content on a first channel of the audio device.  For example, the audio device in the 7 Series Sedan enables users to listen to media, such as music, through various online platforms such as Spotify, SiriusXM, or radio ("supplying audio content on a first channel"). Therefore, it would be apparent to a person having ordinary skill in the art that the Intelligent Personal Assistant supplies music on a music channel ("first channel") of the system.



(https://www.bmwusa.com/vehicles/7-series/sedan/overview.html).

**How do I use Intelligent Personal Assistant in my vehicle? What are some commands I can use?**

In BMW's equipped with Operating System 7 or newer, you can interact with BMW Intelligent Personal Assistant. Just say "Hello BMW" and continue with your command. When using the steering wheel mic button, you will need to wait for the acoustic signal before you start talking. The dialog with Intelligent Personal Assistant is active when you see the microphone image on the screen.

Here are some common commands you may find useful. You don't have to use these commands exactly. Your BMW Intelligent Personal Assistant will be able to understand variations and similar phrases.

**Navigation**
- Set home address.
- Take me home. *Will only work if you have an address set as Home within Navigation.
- Take me to (Point of Interest Name).
- Give me directions to (address or Point of Interest).
- End guidance / Cancel navigation.
- Show me the map.
- Drive me to the nearest gas station.
- Show me the nearest charging station.
- Find a gas station along the route.
- I need a coffee.
- I am hungry.
- I need a place to sleep.
- Find parking at my destination.

([https://faq.bmwusa.com/s/article/FAQ-How-do-I-use-Intelligent-Personal-Assistant-in-my-vehicle-What-are-some-commands-I-can-use-ed1rg?language=en_US](https://faq.bmwusa.com/s/article/FAQ-How-do-I-use-Intelligent-Personal-Assistant-in-my-vehicle-What-are-some-commands-I-can-use-ed1rg?language=en_US)).

Home    Models & Technologies    Services    Electromobility    BMW ConnectedDrive    Contact Us    BMW USA

**Vehicle**
- Open the Owner's Manual.
- When is the next maintenance needed?
- What is my tire pressure?
- What is my remaining range?

**Communication**
Please note that Intelligent Personal Assistant only works when phone is connected via Bluetooth. When using Apple CarPlay, you need to access Siri for voice commands.
- Show phone book.
- Call (contact name). *Contacts must be synced with vehicle for this command to work.
- Dial number ---.
- Pair my phone.

**Entertainment**
- Decrease volume.
- Make it louder
- Turn off music.
- Listen to FM radio.
- Listen to (radio station) in Sirius.
- Set the radio station to ---.

supplying audio content

([https://faq.bmwusa.com/s/article/FAQ-How-do-I-use-Intelligent-Personal-Assistant-in-my-vehicle-What-are-some-commands-I-can-use-ed1rg?language=en_US](https://faq.bmwusa.com/s/article/FAQ-How-do-I-use-Intelligent-Personal-Assistant-in-my-vehicle-What-are-some-commands-I-can-use-ed1rg?language=en_US)).

**What are the requirements for BMW Connected Music with Spotify?**

In order to use BMW Connected Music with Spotify, you will need a Spotify Premium account. For more information on Spotify Premium accounts, visit the Spotify website. Compatible vehicles are Model Year 2019 or newer, with Live Cockpit Professional and, specifically, including those with software level 19-11 or newer. Additionally, to activate Connected Music, Connected Package Professional must be active in the vehicle for the duration (i.e., as much as four years from the retail date).

(https://faq.bmwusa.com/s/article/What-are-the-requirements-for-BMW-Connected-Music-with-Spotify-364zx?language=en_US).

17.     Defendant performs the step of generating an acoustic signal from sound external to the audio device on a second channel.  For example, the Driver Assistance System in the 7 Series Sedan integrates Cerence EVD, which utilizes the vehicle's microphones to detect the sirens of emergency vehicles ("external sounds to the audio device"). The system listens to the sirens, employing acoustic echo cancellation to isolate the siren's sound from background noise, thereby generating a processed signal ("acoustic signal"). Upon information and belief, this processed signal is then fed into the audio device of the 7 Series Sedan through a second channel for further processing.



(https://www.bmwusa.com/vehicles/7-series/sedan/overview.html).

BMW Driver Assistance



# ALL ABOUT BMW DRIVER ASSISTANCE

**Learn about BMW's intelligent driver assistance systems and features.**

Your BMW comes equipped with driver assistance systems, transforming the comfort and convenience of every drive. These systems utilize sensors to gather data on speed limits, vehicle proximity, lane markings, and more. They also incorporate GPS and navigation data to provide warnings through audio or visual alerts when potentially hazardous situations arise.

Advanced driver assistance systems go beyond warnings and actively intervene when necessary or preferred. They can apply brakes, adjust acceleration, or execute steering maneuvers to prevent accidents or ease your workload, especially in challenging driving conditions. Additionally, these systems assist with tasks like maneuvering and parking. While they provide valuable support to the driver, it's important to note that the driver remains responsible for the act of driving.

Availability of features may differ by model. Some images or videos may be computer-generated.

(https://www.bmwusa.com/explore/driver-assistance-safety-features.html).

Cerence Emergency Vehicle Detection (EVD) is one of the most critical examples of how the co-pilot can understand the world around it and make roads – and drivers and passengers – safer as a result. Cerence EVD identifies sirens from police cars, firetrucks, and ambulances from up to 600 meters away, pinpointing the direction the emergency vehicle is traveling. With the ability to recognize more than 1,500 sirens, which vary greatly from country to country, Cerence EVD provides the intel an autonomous vehicle needs to give way – whether that's advising a driver to step in and react in a Level 3 system or guiding action to pull to the side autonomously in Levels 4 and 5.

**The power of the "mic"**

the acoustic signal

One of the advantages of Cerence EVD is its ability to use the interior microphones already installed in the car. Leveraging the same technology used for in-car voice assistants, it deploys advanced acoustic echo cancellation to detect sirens regardless of what's happening in the cabin, including, for example, if a siren is playing in the background of a song. When a real siren is detected, the system can override songs being played or phone call audio to alert the driver. When linked to exterior microphones, which are set to be a common factory install in future car models, the system can provide information on the direction the emergency vehicle is approaching from as well. In future systems when the driver is not needed, that same technology can be used to alert the autonomous car that a siren is detected, and appropriate action is required.

(https://www.cerence.com/news-releases/news-release-details/why-emergence-vehicle-detection-vital-autonomous-future).

**Making roads safer and more enjoyable, for all**

At Cerence, we pride ourselves on the work we do innovating for a better future. We believe that enabling autonomous cars to better understand situations around them, and communicating actions needed to drivers or passengers inside, will make roads safer and journeys more enjoyable. As part of our Audio AI Suite, Cerence EVD can flexibly integrate with any existing AI assistant and leverage microphones inside and out of the vehicle.

Want to learn more? Find out how our AI for a world in motion goes beyond voice here.

(https://www.cerence.com/news-releases/news-release-details/why-emergence-vehicle-detection-vital-autonomous-future).



([https://vimeo.com/536694645](https://vimeo.com/536694645) at 0:57).

18.    Defendant performs the step of receiving the audio content on the first channel and the acoustic signal on the second channel.  For example, the audio device in the 7 Series Sedan enables users to listen to media, such as music ("receiving the audio content on the first channel"), while simultaneously utilizing the vehicle microphone inputs to detect sirens from emergency vehicles, process them, and generate a noise-free processed signal ("the acoustic signal on the second channel").

Cerence Emergency Vehicle Detection (EVD) is one of the most critical examples of how the co-pilot can understand the world around it and make roads – and drivers and passengers – safer as a result. Cerence EVD identifies sirens from police cars, firetrucks, and ambulances from up to 600 meters away, pinpointing the direction the emergency vehicle is traveling. With the ability to recognize more than 1,500 sirens, which vary greatly from country to country, Cerence EVD provides the intel an autonomous vehicle needs to give way – whether that's advising a driver to step in and react in a Level 3 system or guiding action to pull to the side autonomously in Levels 4 and 5.

**The power of the "mic"**

The acoustic signal on the second channel

One of the advantages of Cerence EVD is its ability to use the interior microphones already installed in the car. Leveraging the same technology used for in-car voice assistants, it deploys advanced acoustic echo cancellation to detect sirens regardless of what's happening in the cabin, including, for example, if a siren is playing in the background of a song. When a real siren is detected, the system can override songs being played or phone call audio to alert the driver. When linked to exterior microphones, which are set to be a common factory install in future car models, the system can provide information on the direction the emergency vehicle is approaching from as well. In future systems when the driver is not needed, that same technology can be used to alert the autonomous car that a siren is detected, and appropriate action is required.

([https://www.cerence.com/news-releases/news-release-details/why-emergence-vehicle-detection-vital-autonomous-future](https://www.cerence.com/news-releases/news-release-details/why-emergence-vehicle-detection-vital-autonomous-future)).

**Making roads safer and more enjoyable, for all**

At Cerence, we pride ourselves on the work we do innovating for a better future. We believe that enabling autonomous cars to better understand situations around them, and communicating actions needed to drivers or passengers inside, will make roads safer and journeys more enjoyable. As part of our Audio AI Suite, Cerence EVD can flexibly integrate with any existing AI assistant and leverage microphones inside and out of the vehicle.

Want to learn more? Find out how our AI for a world in motion goes beyond voice here.

(*Id.*).



(https://vimeo.com/536694645 at 0:57).



Receiving the audio content on the first channel

(https://faq.bmwusa.com/s/article/FAQ-How-do-I-use-Intelligent-Personal-Assistant-in-my-vehicle-What-are-some-commands-I-can-use-ed1rg?language=en_US).

19.     Defendant performs the step of determining whether the acoustic signal matched at least one of the plurality of predetermined digital sound patterns stored in the memory device, wherein if the acoustic signal matches at least one of the plurality of predetermined digital sound patterns stored in the memory device, selecting the second channel such that an audible sound is generated from the second channel based on the acoustic signal, and if the acoustic signal does not match at least one of the plurality of predetermined digital sound patterns stored in the memory device, selecting the first channel such that an audible sound is generated from the first channel based on the audio content wherein the audio device includes a vehicular audio device.  For example, the Driver Assistance System integrates Cerence EVD that utilizes vehicle's microphones to actively listen and detect a siren from emergency vehicles approaching from behind. The EVD feature recognizes over 1500 different sirens ("predetermined digital sound patterns") and detects sounds from police cars, firetrucks, and ambulances Therefore, it would be apparent to a person having ordinary skill in the art that the audio device in 7 Series Sedan determines whether the sounds detected through emergency vehicle matched at least one of the 1500 different sirens. Further, upon detecting the siren of emergency vehicle ("determining whether the acoustic signal matched"), the 7 Series Sedan overrides the music being currently playing and plays visual and audio alerts ("audible sound is generated from the second channel based on the acoustic signal") through the audio system. If the siren is not detected ("if the acoustic signal does not match any of the predetermined digital sound patterns stored"), the 7 Series Sedan continues playing the music through the online platforms ("selecting the first channel to generate audible sound based on the audio content").



(https://www.bmwusa.com/vehicles/7-series/sedan/overview.html).

How do I use Intelligent Personal Assistant in my vehicle? What are some commands I can use?

In BMW's equipped with Operating System 7 or newer, you can interact with BMW Intelligent Personal Assistant. Just say "Hello BMW" and continue with your command. When using the steering wheel mic button, you will need to wait for the acoustic signal before you start talking. The dialog with Intelligent Personal Assistant is active when you see the microphone image on the screen.

Here are some common commands you may find useful. You don't have to use these commands exactly. Your BMW Intelligent Personal Assistant will be able to understand variations and similar phrases.

Navigation
- Set home address.
- Take me home. *Will only work if you have an address set as Home within Navigation.
- Take me to (Point of Interest Name).
- Give me directions to (address or Point of Interest).
- End guidance / Cancel navigation.
- Show me the map.
- Drive me to the nearest gas station.
- Show me the nearest charging station.
- Find a gas station along the route.
- I need a coffee.
- I am hungry.
- I need a place to sleep.
- Find parking at my destination.

(https://faq.bmwusa.com/s/article/FAQ-How-do-I-use-Intelligent-Personal-Assistant-in-my-vehicle-What-are-some-commands-I-can-use-ed1rg?language=en_US).



Home    Models & Technologies    Services    Electromobility    BMW ConnectedDrive    Contact Us    BMW USA

**Vehicle**
- Open the Owner's Manual.
- When is the next maintenance needed?
- What is my tire pressure?
- What is my remaining range?

**Communication**
Please note that Intelligent Personal Assistant only works when phone is connected via Bluetooth. When using Apple CarPlay, you need to access Siri for voice commands.
- Show phone book.
- Call (contact name).   *Contacts must be synced with vehicle for this command to work.
- Dial number ---.
- Pair my phone.

**Entertainment**
- Decrease volume.
- Make it louder.
- Turn off music.
- Listen to FM radio.
- Listen to (radio station) in Sirius.
- Set the radio station to ---.

(https://faq.bmwusa.com/s/article/FAQ-How-do-I-use-Intelligent-Personal-Assistant-in-my-vehicle-What-are-some-commands-I-can-use-ed1rg?language=en_US).

**BMW Driver Assistance**



ALL ABOUT
BMW DRIVER
ASSISTANCE

**Learn about BMW's intelligent driver assistance systems and features.**

Your BMW comes equipped with driver assistance systems, transforming the comfort and convenience of every drive. These systems utilize sensors to gather data on speed limits, vehicle proximity, lane markings, and more. They also incorporate GPS and navigation data to provide warnings through audio or visual alerts when potentially hazardous situations arise.

Advanced driver assistance systems go beyond warnings and actively intervene when necessary or preferred. They can apply brakes, adjust acceleration, or execute steering maneuvers to prevent accidents or ease your workload, especially in challenging driving conditions. Additionally, these systems assist with tasks like maneuvering and parking. While they provide valuable support to the driver, it's important to note that the driver remains responsible for the act of driving.

Availability of features may differ by model. Some images or videos may be computer-generated.

(https://www.bmwusa.com/explore/driver-assistance-safety-features.html).

Cerence Emergency Vehicle Detection (EVD) is one of the most critical examples of how the co-pilot can understand the world around it and make roads – and drivers and passengers – safer as a result. Cerence EVD identifies sirens from police cars, firetrucks, and ambulances from up to 600 meters away, pinpointing the direction the emergency vehicle is traveling. With the ability to recognize more than 1,500 sirens, which vary greatly from country to country, Cerence EVD provides the intel an autonomous vehicle needs to give way – whether that's advising a driver to step in and react in a Level 3 system or guiding action to pull to the side autonomously in Levels 4 and 5.

Predetermined digital sound patterns

**The power of the "mic"**
One of the advantages of Cerence EVD is its ability to use the interior microphones already installed in the car. Leveraging the same technology used for in-car voice assistants, it deploys advanced acoustic echo cancellation to detect sirens regardless of what's happening in the cabin, for example, if a siren is playing in the background of a song. When a real siren is detected, the system can override songs being played or phone call audio to alert the driver. When linked to exterior microphones, which are set to be a common factory install in future car models, the system can provide information on the direction the emergency vehicle is approaching from as well. In future systems when the driver is not needed, that same technology can be used to alert the autonomous car that a siren is detected, and appropriate action is required.

([https://www.cerence.com/news-releases/news-release-details/why-emergence-vehicle-detection-vital-autonomous-future](https://www.cerence.com/news-releases/news-release-details/why-emergence-vehicle-detection-vital-autonomous-future)).

**Making roads safer and more enjoyable, for all**

At Cerence, we pride ourselves on the work we do innovating for a better future. We believe that enabling autonomous cars to better understand situations around them, and communicating actions needed to drivers or passengers inside, will make roads safer and journeys more enjoyable. As part of our Audio AI Suite, Cerence EVD can flexibly integrate with any existing AI assistant and leverage microphones inside and out of the vehicle.

Want to learn more? Find out how our AI for a world in motion goes beyond voice here.

([https://www.cerence.com/news-releases/news-release-details/why-emergence-vehicle-detection-vital-autonomous-future](https://www.cerence.com/news-releases/news-release-details/why-emergence-vehicle-detection-vital-autonomous-future)).



([https://vimeo.com/536694645](https://vimeo.com/536694645) at 0:48).



(https://vimeo.com/536694645 at 0:57).

20.    **Induced Infringement.** Upon information and belief, Defendant has been and now is inducing infringement of claim 40 of the '341 patent in this District, in the State of Texas, and elsewhere in the United States, by providing the 7 Series Sedan, which is equipped with the Intelligent Personal Assistant, enabling users to use the Driver Assistance Systems, which integrate the Cerence Emergency Vehicle Detection (EVD) into the Driver Assistance System for use by Defendant's customers to perform a method that infringes claim 40 as described above.  (*Supra* ¶¶14-19).  At least as of the filing of this lawsuit and service of the Complaint, Defendant has had knowledge of the '341 Patent and knowledge that the use of Driver Assistance Systems, which integrates features including Cerence EVD in its 7 Series Sedan constituted direct patent infringement.  Despite this knowledge of infringement of claim 40 of the '341 patent, Defendant continued to encourage and induce its customers to use the Driver Assistance Systems, which integrates features including Cerence EVD in its 7 Series Sedan to provide the selectively switching between a plurality of audio channels in an audio device in a manner that infringed claim

40 of the '341 patent. Defendant is and has been committing the act of inducing infringement by specifically intending to induce infringement by providing its 7 Series Sedan with the Driver Assistance Systems, which integrates features including Cerence EVD, to its customers and by aiding and abetting its use in a manner known by Defendant to infringe claim 40 of the '341 Patent. Specifically, Defendant provides the 7 Series Sedan with the Driver Assistance Systems, which integrates features including Cerence EVD, knowing that it performs a method for selectively switching between a plurality of audio channels in an audio device with prestored predetermined digital sound patterns in a memory device, each of the plurality of predetermined digital sound patterns corresponding to a preselected external audio sound, supplying audio content on a first channel of the 7 Series Sedan, generating an acoustic signal from sound external to the audio device on a second channel in the 7 Series Sedan, receiving the audio content on the first channel and the acoustic signal on the second channel in the 7 Series Sedan, determining whether the acoustic signal matched at least one of the predetermined digital sound patterns stored in the memory device, and if the acoustic signal matches at least one of the predetermined digital sound patterns stored in the memory device, selecting the second channel such that an audible sound is generated from the second channel based on the acoustic signal, and if the acoustic signal does not match at least one of the plurality of predetermined digital sound patterns stored in the memory device, selecting the first channel such that an audible sound is generated from the first channel based on the audio content. (*Supra* ¶¶14-19). Defendant also informs its customers that their use of the vehicle performs steps that infringe claim 40. (*Supra* ¶¶14-17). Defendant therefore knowingly induced and induces infringement and specifically intended to encourage and induce the infringement of claim 40 of the '341 patent by its customers. Even where performance of the steps required to infringe claim 40 of the '341 patent is accomplished by Defendant and

Defendant's customer jointly, Defendant's actions have solely caused each of the steps to be performed.

21.    Plaintiff has been damaged as a result of Defendant's infringing conduct. Defendant is thus liable to Plaintiff for damages in an amount that adequately compensates Plaintiff for such infringement of the '341 Patent, *i.e.*, in an amount that by law cannot be less than would constitute a reasonable royalty for the use of the patented technology, together with interest and costs as fixed by this Court under 35 U.S.C. § 284.

22.    On information and belief, Defendant will continue its infringement unless enjoined by the Court. Each and all of the Defendant's infringing conduct thus causes Plaintiff irreparable harm and will continue to cause such harm without the issuance of an injunction.

23.    The asserted claim of the '341 Patent (claim 40) is a method claim to which the marking requirements are not applicable.  Plaintiff has therefore complied with the marking statute 35 USC §287.

## V.  **JURY DEMAND**

Plaintiff, under Rule 38 of the Federal Rules of Civil Procedure, requests a trial by jury of any issues so triable by right.

## VI.  **PRAYER FOR RELIEF**

WHEREFORE, Plaintiff respectfully requests that the Court find in its favor and against Defendant, and that the Court grant Plaintiff the following relief:

a.    Judgment that claim 40 of United States Patent No. 8,594,341 has been infringed directly and indirectly, either literally and/or under the doctrine of equivalents, by Defendant;

b.    Judgment that Defendant account for and pay to Plaintiff all damages to and costs incurred by Plaintiff because of Defendant's infringing activities and other conduct complained of herein, and an accounting of all infringements and damages not presented at trial;

c.      That Defendant be permanently enjoined from any further activity or conduct that infringes;

d.      That Plaintiff be granted pre-judgment and post-judgment interest on the damages caused by Defendant's infringing activities and other conduct complained of herein; and

e.      That Plaintiff be granted such other and further relief as the Court may deem just and proper under the circumstances.

June 6, 2025                                                    Respectfully Submitted,

                                                                 _/s/ Benjamin Deming_____
                                                               Benjamin C. Deming
Of Counsel:                                                    (TX Bar No. 24091778)
David R. Bennett (IL Bar No.: 6244214)                        (TXSD Fed. No. 3886468)
(*motion for pro hac vice to be filed*)                       DNL ZITO
(Attorney-in-charge)                                          3232 McKinney Ave
DIRECTION IP LAW                                              Suite 500
P.O. Box 14184                                                Dallas, Texas 75204
Chicago, Illinois 60614-0184                                 (214) 799-1145
Telephone: (312) 291-1667                                    bdeming@dnlzito.com
dbennett@directionip.com
                                                              Joseph J. Zito
                                                              (TXSD Fed. No. 399289)
                                                              DNL ZITO
                                                              1250 Connecticut Ave., NW #700
                                                              Washington, DC 20036
                                                              (202) 466-3500
                                                              jzito@dnlzito.com

                                                              *Attorneys for Ad Innovations, LLC*