United States District Court
Southern District of Texas
**ENTERED**
July 03, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| AD INNOVATIONS, LLC, | § § § | |
| Plaintiffs, | § § | |
| VS. | § § | 3:25-cv-179 |
| BMW OF NORTH AMERICA, LLC, | § § § | |
| Defendants. | § | |

# **ORDER**

Before the court is the defendant's unopposed motion for extension of time to move, answer, or otherwise respond to the plaintiff's complaint. Dkt. 13. The motion is granted.

It is hereby ordered that the defendant's deadline to file a responsive pleading is August 25, 2025.

Signed on Galveston Island this 3rd day of July, 2025.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE