FINNEGAN

FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP
WWW.FINNEGAN.COM

LIONEL M. LAVENUE
571.203.2750
lionel.lavenue@finnegan.com

July 25, 2025

**VIA ELECTRONIC FILING**

The Honorable Judge Jeffrey V. Brown
United States District Court
Southern District of Texas – Galveston Division
601 Rosenberg Avenue
Galveston, Texas 77550

      Re: *Ad Innovations, LLC v. BMW of North Am., LLC*, No. 3:25-cv-00179 (S.D. Tex.)

Dear Judge Brown,

      Without waiver of any applicable defenses under Federal Rule of Civil Procedure 12, we write on behalf of Defendant BMW of North America, LLC ("BMW NA") in response to the Court's July 3, 2025, Order (Dkt. 14) regarding venue for this matter and the letter filed by Plaintiff Ad Innovations, LLC ("Ad Innovations") (Dkt. 18).

      While BMW NA defers to the Court's discretion as to venue, BMW NA has no objection to the case proceeding in the Galveston Division. However, Ad Innovations raises a key factual inaccuracy in its letter, and BMW NA feels compelled to briefly correct the record.

      Ad Innovations claims that the accused products—BMW 7 Series sedans equipped with Cerence Emergency Vehicle Detection (EVD), Dkt. 1, ¶ 14—are "imported into the United States at the BMW Vehicle Distribution Center at the Port of Galveston." Dkt. 18 at 1. Not only is this assertion incorrect, but BMW NA does not import the accused products at all, nor does BMW NA make, use, offer to sell, or sell the accused products, as required to prove infringement under 35 U.S.C. 271(a).

      BMW 7 Series sedans equipped with the allegedly infringing Cerence EVD are only available in Germany—not the United States. Ad Innovations even cites to a Cerence publication in its Complaint confirming this point. Dkt. 1, ¶ 15 (citing Kate Hickman, *BMW Group Selects Cerence Emergency Vehicle Detection to Alert Drivers of Approaching Emergency Vehicles*, Cerence Inc. (June 4, 2024), https://www.cerence.com/news-releases/news-release-details/cerence-powers-enhanced-safety-capabilities-top-german ("BMW Personal Pilot L3 is currently available first in the BMW 7 Series **for customers in Germany**.") (emphasis added)).

      Furthermore, BMW NA advised counsel for Ad Innovations on two separate occasions—July 1, 2025, and July 22, 2025—that BMW does not make, use, offer to sell, sell, or import the accused products.

1875 EXPLORER STREET | SUITE 800 | RESTON, VA 20190-6023
PHONE: 571.203.2750 | FAX: 202.408.4400

The Honorable Judge Jeffrey V. Brown
July 25, 2025
Page 2

                                          Respectfully,

                                          /s/*Lionel M. Lavenue*

                                        Lionel M. Lavenue

CC: All counsel of record